# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129667 & (49)

PERCH RESEARCH INTERNATIONAL, INC.,
   Plaintiff-Appellee,

v

WESTFIELD INSURANCE COMPANY,
   Defendant-Appellant.

SC: 129667
COA: 252758
Saginaw CC: 02-044559-CK

_____/

On order of the Court, the application for leave to appeal the August 30, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is also considered, and it is DENIED as moot.

WEAVER, CORRIGAN, and MARKMAN, JJ., would grant leave to appeal for the reasons set forth in the Court of Appeals dissent.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2006

_____
Clerk

s0419